**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

GARNIK SARGSYAN,

        Petitioner,

    v.

PAMELA BONDI, et. al.,

        Respondents.

No.  1:26-CV-00259-WBS-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. See ECF No. 1.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 22, 2026, the Magistrate Judge filed amended findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the amended findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the amended findings to be supported by the record and adopts them in full.

The Magistrate Judge recommends that petitioner's detention be analyzed pursuant

1

to 8 U.S.C. § 1226(a), not 8 U.S.C. § 1225(b).  (Docket No. 18 at 10-12.)  This court need not resolve the question of which statute governs petitioner's detention because, under either statute, petitioner's detention does not violate the Due Process Clause.  See J.E.P.M v. Wofford, et al., No. 1:26-cv-00316 WBS CKD, 2026 WL 125270, at *2 (E.D. Cal. Jan. 16, 2026) (explaining why detention under 8 U.S.C. § 1225 does not violate the Due Process Clause); Docket No. 18 at 11-12 (explaining why detention under 8 U.S.C. § 1226 does not violate the Due Process Clause).

Accordingly, petitioner's petition for writ of habeas corpus, ECF No. 1, is hereby DENIED, and the Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:  May 1, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE