UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GARNIK SARGYAN,<br><br>Petitioner,<br><br>v.<br><br>CURRENT OR ACTING WARDEN OF CALIFORNIA CITY ICE DETENTION FACILITY' CURRENT OR ACTING FIELD OFFICE DIRECTOR, SAN FRANCISCO FIELD OFFICE; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; CURRENT OR ACTING DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; CURRENT OR ACTING SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and CURRENT OR ACTING UNITED STATES ATTORNEY GENERAL,<br><br>Respondents. | No. 1:26-cv-00259 WBS DMC<br><br><u>ORDER</u> |

----oo0oo----

The court has received petitioner's Motion for Temporary Restraining Order (Docket No. 22). Counsel for Respondents is ORDERED to file its response to Petitioner's

Motion for Temporary Restraining Order on or before September 4, 2026. The court will take the motion under submission without a hearing unless otherwise ordered.

Dated: September 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE