UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARNIK SARGSYAN,

Petitioner,

v.

PAMELA BONDI, et al.,

Respondents.

No. 1:26-CV-00259 WBS DMC HC

ORDER

----oo0oo----

Petitioner, an immigration detainee, brought a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (See Docket No. 1.) He now moves, for the second time in this case, for a temporary restraining order requesting release from detention. (Docket No. 22.) According to petitioner, this court ordered his release on April 8, 2026, but he is still being detained. (Id.)

Petitioner is incorrect that this court ordered his release on April 8. It is true that the magistrate judge initially recommended that petitioner be released from custody after finding that his detainment violated the Due Process Clause

of the Fifth Amendment. (Docket No. 14.) But the magistrate judge subsequently vacated his initial findings and recommendations, found that petitioner had in fact received due process, and recommended that the court deny the petition. (Docket No. 18.) The court then denied the petition and directed that this case be closed. (Docket No. 20; see also Docket No. 21 (entry of judgment).) The court will not disturb its prior judgment based upon petitioner's misrepresentation, and this case shall remain closed.

IT IS THEREFORE ORDERED that petitioner's motion for temporary restraining order (Docket No. 22) be, and the same hereby is, DENIED.

Dated: September 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE